IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY GAINES, #113380 | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:11-cv-339-TMH |
| | )          [wo] |
| LEEPOSEY DANIELS, WARDEN *et., al.*, | ) |
| | ) |
| Respondents. | ) |

**OPINION and ORDER**

On October 30, 2013, the Magistrate Judge filed a Recommendation in this case dismissing the petition for habeas corpus relief filed in this action and denying Petitioner's request for damages. (Doc. 29). No objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED with prejudice.

Done this the 4th day of December 2013.

　　　　　　　　　　　　　　　　　/s/ Truman M. Hobbs
　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE